

# COURT OF APPEALS
## SECOND DISTRICT OF TEXAS
## FORT WORTH

### NO. 02-13-00159-CV

| | | |
|---|---|---|
| In the Interest of C.T. and R.T. | § | From the 323rd District Court |
| | § | of Tarrant County (323-96578J-12) |
| | § | July 17, 2014 |
| | § | Per Curiam |

## JUDGMENT

This court has considered the record on appeal in this case and holds that there was no error in the trial court's order. It is ordered that the order of the trial court is affirmed.

SECOND DISTRICT COURT OF APPEALS

PER CURIAM